**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JUGARAJ SINGH #A249-121-587                    CASE NO.  3:26-CV-01077 SEC P

VERSUS                                         JUDGE ROBERT R. SUMMERHAYS

FIELD OFFICE DIRECTOR I C E NEW               MAGISTRATE JUDGE LEBLANC
ORLEANS FIELD OFFICE ET AL

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on April 7, 2026.  Upon review of the

record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $5.00 to file a petition for writ of habeas corpus or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $5.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend

the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300**

**Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 16th day of April, 2026.

_____
Thomas P. LeBlanc
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application